UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SUSAN KUPFERSTEIN, an individual; on behalf of herself and all others similarly situated,

          Plaintiffs,

vs.

KORSINSKY & KLEIN, LLP, a New Jersey Limited Liability Partnership; MICHAEL KORSINSKY, Individually and in His Official Capacity; JOSEPH KLEIN, Individually and in His Official Capacity; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,

          Defendants.

---

CASE NO.: 1:13-cv-04281-ARR-VMS

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Susan Kupferstein, Plaintiff, hereby stipulates to and gives notice of dismissal of the above-entitled and numbered action with prejudice as to herself and without prejudice as to the rights of the unnamed putative class members.

IT IS SO STIPULATED this 30th Day of September 2014.

---

Abraham Kleinman, Esq.
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY 11556-0626
Telephone: (516) 522-2621
Facsimile: (888) 522-1692
E-Mail: akleinman@kleinmanllc.com

*One of the Attorneys for Plaintiff, Susan Kupferstein*

Diane K. Kanca, Esq. (DK-7196)
Howard S. Jacobowitz, Esq.
VOUTÉ, LOHRFINK, MAGRO & McANDREW, LLP
170 Hamilton Avenue
White Plains, NY 10601-1789
Telephone: (914) 946-1400
Facsimile: (914) 946-8024
Email: DianeKanca@vlmmc-law.com
Email: HowardJacobowitz@vlmmc-law.com

*Attorneys for Defendants, Korsinsky & Klein, LLP, Michael Korsinsky, and Joseph Klein*

So ordered.

/s/(ARR)

SDJ